No. 88–1872. RUTAN ET AL. *v.* REPUBLICAN PARTY OF ILLINOIS ET AL.; and

No. 88–2074. FRECH ET AL. *v.* RUTAN ET AL. C. A. 7th Cir. Motion of Independent Voters of Illinois Independent Precinct Organization et al. for leave to file a brief as *amici curiae* in No. 88–1872 granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 868 F. 2d 943.